# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 ...
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:    Transferee Judge:     Judge Jack B. Weinstein
       Transferor Judges:    (See Attached List of Judges)
       Transferor Clerk:     Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Case 3:05-cv-05150-WHA   Document 12   Filed 08/29/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN

| CAN 3 | 05-4829 SC | Amber Brennan v. Eli Lilly & Co. |
| CAN 3 | 05-4830 WHA | Marlene Romero v. Eli Lilly & Co. |
| CAN 3 | 05-4832 JSW | Anita Hollowell, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4833 CRB | James Saleeby, etc. v. Eli Lilly & Co. |
| CAN 3 | 05-4892 MJJ | Carolyn Seward, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4895 WHA | Steven Leeper v. Eli Lilly & Co. |
| CAN 3 | 05-4902 WHA | Russell Halterman, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4908 MJJ | Zachary Gilman v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5009~~ | ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~05-5011~~ | ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5013 WHA | Leonard Ward v. Eli Lilly & Co. |
| CAN 3 | 05-5029 PJH | Michelle Gerst, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5032 PJH | Rose Marie Marchiny v. Eli Lilly & Co. |
| CAN 3 | 05-5033 MJJ | Coreen Hansen v. Eli Lilly & Co. |
| CAN 3 | 05-5074 MHP | Willie Evans v. Eli Lilly & Co. |
| CAN 3 | 05-5077 WHA | Shannon Miller v. Eli Lilly & Co. |
| CAN 3 | 05-5078 SC | Joshua Hudson v. Eli Lilly & Co. |
| CAN 3 | 05-5093 PJH | David Strawn v. Eli Lilly & Co. |
| CAN 3 | 05-5094 PJH | Jim Ayala v. Eli Lilly & Co. |
| CAN 3 | 05-5096 JSW | Michael Keizur v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5149~~ | ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5150 WHA | Jeffrey Oldewurtel v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5152~~ | ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5153 MMC | Christopher Parlato, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5266 SBA | Duane Long v. Eli Lilly & Co. |
| CAN 3 | 05-5267 PJH | Fausto Gutierrez-Cruz v. Eli Lilly & Co. |
| CAN 3 | 05-5268 MJJ | Harlan Kenyon, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5269 JSW | Mark Conder, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-31 JSW | Jeannie Swartz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-35~~ | ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-40~~ | ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-41 WHA | Artisha Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-248 EDL | Patricia Glace v. Eli Lilly & Co. |
| CAN 3 | 06-252 WHA | Howard Gilbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-253 JSW | Debbie Holden v. Eli Lilly & Co. |
| CAN 3 | 06-894 WHA | Daryl Paul v. Eli Lilly & Co. |
| CAN 3 | 06-895 PJH | Eugenne Salmon v. Eli Lilly & Co. |
| CAN 3 | 06-896 TEH | Debra Mcclelland v. Eli Lilly & Co. |
| CAN 3 | 06-897 SBA | Pamela Blish v. Eli Lilly & Co. |
| CAN 3 | 06-898 MMC | Celita Finney v. Eli Lilly & Co. |
| CAN 3 | 06-899 SC | Duane Windom v. Eli Lilly & Co. |
| CAN 3 | 06-900 WHA | Jerome Dennis v. Eli Lilly & Co. |
| CAN 3 | 06-901 MMC | Timothy Lee v. Eli Lilly & Co. |
| CAN 3 | 06-903 WHA | Kimberly Fortunato v. Eli Lilly & Co. |
| CAN 3 | 06-904 SC | Floretia Harris v. Eli Lilly & Co. |
| CAN 3 | 06-905 TEH | Della Collins v. Eli Lilly & Co. |
| CAN 3 | 06-952 SC | Constance Heg v. Eli Lilly & Co. |
| CAN 3 | 06-955 SBA | Ollie Dotson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-956 PJH | Anthony Hardenbrock v. Eli Lilly & Co. |
| CAN 3 | 06-957 MJJ | Linda Wright v. Eli Lilly & Co. |
| CAN 3 | 06-958 WHA | Ronald Rarric v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3   06-1046~~ | | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3   06-1049~~ | | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050 JSW        Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051 JL         Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052 SC         Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053 WHA        Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054 SC         Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056 WHA        Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057 MJJ        Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058 MMC        Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060 SC         Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061 PJH        Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062 PJH        Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063 MMC        Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064 MMC        Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076 SI         Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077 WHA        Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078 WHA        Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079 MJJ        Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080 MHP        Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081          Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082 JSW        Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083 PJH        Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084 MMC        Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085 WHA        Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086 MJJ        Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088 JSW        Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090 SC         Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091 MHP        Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093 WHA        Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096 MMC        Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099 MJJ        James Fraser v. Eli Lilly & Co.
CAN 3  06-1100 MJJ        Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103 PJH        Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106 PJH        Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108 JSW        Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110 WHA        Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111 SC         Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112 PJH        Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113 MMC        Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116 WHA        Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117 WHA        Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118 MJJ        Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119 EDL        Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122 SI         James Thomas v. Eli Lilly & Co.
CAN 3  06-1123 WHA        Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124 TEH        Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125 JSW        Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126 WHA        James Arns v. Eli Lilly & Co.
CAN 3  06-1127 MJJ        Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128 WHA        Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129 WHA        Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131 WHA        James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132 MMC        Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133 TEH        Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134 MJJ        Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135 SBA        Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155 WHA        Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156 RJJ        Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158 MJJ        William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159 SBA        Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160 �''⊞⁓     Yash Kapur v. Eli Lilly & Co. ⌐⊞⁓
CAN 3  06-1161 ⋏⊬⁓      Doreen Bell v. Eli Lilly & Co. ⋏⊬⁓
CAN 3  06-1162 ⊐⨝⨝      William O'brien v. Eli Lilly & Co.
CAN 3  06-1163 ⋀⋀⊂      Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164 ⊆⊂       Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168 ⋀⊬⁓      Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170 ⸮⨝⊦      Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171 ⋀⋀⊂      Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172 ⊆⊥       Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174 ⸮⨝⊦      David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175 ⸀⊂       Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178~~                    ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179 ⨝⊥⨝      Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180 ⊂⨝       Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182 ⊆⊂       Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184 ⨝⊆⨝      Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185 ⋀⨝⨝      Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186 ⊤⊡⊬      Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187 ⊆⊂       Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188 ⸮⨝⊦      Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190 ⊆ⸯ⊿      Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194 ⊤⊡⊦      Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195 ⋀⨝⨝      Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198 ⋀⨝⨝      Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199 ⊤⊡⊦      Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200~~                    ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201 ⊆⊥       Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202 ⊆ⸯ⊿      Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204 ⋀⨝⨝      Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206 ⋀⊬⁓      Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207 ⋀⊬⁓      Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209 ⊤⊡⊦      Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230 ⋀⋀⊂      John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231 ⸮⨝⊦      Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232 ⨝⊆⨝      Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233 ⸮⨝⊦      Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235 ⋀⨝⨝      Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236 ⸮⨝⊦      Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237 ⋀⨝⨝      Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239 ⋀⋀⊂      Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240 ⊤⊡⊦      Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241 ⋀⊬⁓      Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242 ⌐⊞⁓      Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244 ⊡ⸯ⊦      Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245 ⋀⨝⨝      Cox v. Eli Lilly & Co.
CAN 3  06-1246 ⌐⊞⁓      Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263 ⌐⊞⁓      William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267 ⊆⊂       Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269 ⊆⊥       Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270 ⋀⋀⊂      Rivers v. Eli Lilly & Co.
CAN 3  06-1273 ⌐⊞⁓      Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274 ⨝⊆⨝      Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281 ⨝⊆⨝      Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282 ⊆⊂       Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293 ⊆⨝       Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294 ⨝⊆⨝      Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297 ⊤⊡⊦      Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299 ⊆⊂       Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308~~                    ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

Case 3:05-cv-05150-WHA   Document 12   Filed 08/29/06   Page 7 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 7 of 13
SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310 MJJ        Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312 JSW        Beth Smith, et al. v. Eli Lilly & Co.
~~CAN 3  06-1313~~        ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1320 SC         Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327 WHA        Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328 PJH        Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330 MMC        Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333 MJJ        Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334 SBA        Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339 WHA        Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340 WHA        Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343 PJH        Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344 MJJ        Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354 JSW        Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356 PJH        Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373 MMC        Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374 MMC        Donna M. Strasburger v. Eli Lilly & Co.
~~CAN 3  06-1376~~        ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1379 SC         Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382 TEH        Donald R. Dimartino v. Eli Lilly & Co.
~~CAN 3  06-1387~~        ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1388 SI         Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389 SC         Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392 TEH        Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393 SC         Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396 JSW        Charlene West v. Eli Lilly & Co.
CAN 3  06-1397 MHT        Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398 PJH        Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400 PJH        Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401 JSW        Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404 TEH        Robert Young v. Eli Lilly & Co.
CAN 3  06-1405 SC         Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406 WHA        Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432 MMC        Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433 SBA        Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435 SBA        David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437 MHT        Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439 MJJ        Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442 SC         Barrett v. Eli Lilly & Co.
CAN 3  06-1443 WHA        Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457 SBA        Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458 PJH        Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460 MMC        Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462 JSW        Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465 PJH        Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466 SC         James Cutter v. Eli Lilly & Co.
CAN 3  06-1467 TEH        Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468 TEH        Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469 JSW        Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472 JSW        Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473 MJJ        Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476 PJH        Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477 MJJ        Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479 MHT        Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480 MMC        Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481 MHT        Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482 SC         Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484 JSW        Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486 TEH        Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487 PJH        Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 WHA        William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ        Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC        Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP        David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC         Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW        Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ        Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JSW        Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC         Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC         Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~        ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533 JSW        Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~        ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537 MJJ        Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC        Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC        Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TEH        Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ        William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW        Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC        Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC         Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA        Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP        Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI         Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI         Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH        Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH        Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC         Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA        David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW        Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH        Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC        Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA        Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP        Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ        Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI         Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI         Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI         Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW         Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI         Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI         Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI         Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI         Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI         Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI         Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~        ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627 SI         Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI         Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI         James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI         Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC        Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP        Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP        Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC         James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI         Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC        Marcella L. Lowry v. Eli Lilly & Co.

Case 3:05-cv-05150-WHA   Document 12   Filed 08/29/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13
SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1705 | SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 | JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 | SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 | WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | | ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 | SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 | MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 | SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 | MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 | MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 | SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 | WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 | PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 | MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 | PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 | MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 | SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 | JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 | WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 | MHP | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 | MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 | JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 | JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 | MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 06-1087 | Maria Jordan v. Eli Lilly & Co. | |
| CAN 4 06-1089 | Maria Mercado v. Eli Lilly & Co. | |
| CAN 4 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1102 | Michelle Auger v. Eli Lilly & Co. | |
| CAN 4 06-1107 | Manford Hanson v. Eli Lilly & Co. | |
| CAN 4 06-1115 | Shultz, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1121 | Mandy Brown v. Eli Lilly & Co. | |
| CAN 4 06-1130 | Heather Duff v. Eli Lilly & Co. | |
| CAN 4 06-1157 | Sharon Lavas v. Eli Lilly & Co. | |
| CAN 4 06-1165 | Gregory Kelker v. Eli Lilly & Co. | |
| CAN 4 06-1167 | Linda Martorana v. Eli Lilly & Co. | |
| CAN 4 06-1169 | Mamie Hurt v. Eli Lilly & Co. | |
| CAN 4 06-1173 | Fern Malayeco v. Eli Lilly & Co. | |
| CAN 4 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1181 | William Cossick v. Eli Lilly & Co. | |
| CAN 4 06-1183 | James Bacon v. Eli Lilly & Co. | |
| CAN 4 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1192 | John Ondo v. Eli Lilly & Co. | |
| CAN 4 06-1196 | Robert Hawkins v. Eli Lilly & Co. | |
| CAN 4 06-1197 | Maxine Burkley v. Eli Lilly & Co. | |
| CAN 4 06-1203 | Andrea Mendoza v. Eli Lilly & Co. | |
| CAN 4 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. | |
| ~~CAN 4 06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1238 | Ernest Chaves v. Eli Lilly & Co. | |
| CAN 4 06-1243 | Robert Campbell v. Eli Lilly & Co. | |
| CAN 4 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. | |
| ~~CAN 4 06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. | |
| CAN 4 06-1338 | Linda R. Linn v. Eli Lilly & Co. | |
| CAN 4 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. | |
| CAN 4 06-1375 | Tracy E. Reed v. Eli Lilly & Co. | |
| CAN 4 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1381 | Tyrone Johnson v. Eli Lilly & Co. | |
| CAN 4 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. | |
| CAN 4 06-1391 | Florence B. Perry v. Eli Lilly & Co. | |
| CAN 4 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. | |
| CAN 4 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. | |
| CAN 4 06-1452 | Ida L. Hollis v. Eli Lilly & Co. | |
| CAN 4 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1459 | Mary E. Jones v. Eli Lilly & Co. | |
| CAN 4 06-1461 | David R. Carroll v. Eli Lilly & Co. | |
| CAN 4 06-1471 | Frank J. Young v. Eli Lilly & Co. | |
| CAN 4 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. | |
| CAN 4 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. | |
| CAN 4 06-1498 | Karla Tomastik v. Eli Lilly & Co. | |
| CAN 4 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. | |
| CAN 4 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1539 | Edward Truitt v. Eli Lilly & Co. | |
| CAN 4 06-1546 | Eugene R. Davis v. Eli Lilly & Co. | |
| CAN 4 06-1560 | Borys Bohonik v. Eli Lilly & Co. | |
| CAN 4 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1569 | Marcus L. Guy v. Eli Lilly & Co. | |
| CAN 4 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. | |
| CAN 4 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. | |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. | |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. | |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. | |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 | |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. | |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. | |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 | |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton *
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102